FORM 8A. Entry of Appearance                                      Form 8A (p.1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1936

**Short Case Caption:** Teva Branded Pharmaceutical Products R&D, Inc. v. Amneal Pharmaceuticals of New York, LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

See Appendix A (attached)

| | | |
|---|---|---|
| **Principal Counsel:** Professor Mark A. Lemley | Admission Date: 2/1/1997 | |
| Firm/Agency/Org.: Stanford Law School | | |
| Address: 559 Nathan Abbott Way, Stanford, California 94305 | | |
| Phone: (650) 723-4605 | Email: mlemley@law.stanford.edu | |
| **Other Counsel:** Professor Michael A. Carrier | Admission Date: 5/22/2012 | |
| Firm/Agency/Org.: Rutgers Law School | | |
| Address: 217 North Fifth Street, Camden, New Jersey 08102 | | |
| Phone: (856) 225-6380 | Email: mcarrier@law.rutgers.edu | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/30/24                         Signature: /s/ Mark A. Lemley

                                       Name:      Professor Mark A. Lemley

# Appendix A
# List of Signatories[*]

Professor Margo Bagley
Emory Law School

Professor Jeremy Bock
Tulane University Law School

Professor Michael A. Carrier
Rutgers Law School

Professor Michael W. Carroll
American University Washington College of Law

Professor Bernard Chao
University of Denver Sturm College of Law

Professor Thomas Cheng
University of Hong Kong Faculty of Law

Professor Colleen Chien
University of California, Berkeley School of Law

Professor Andrew Chin
University of North Carolina School of Law

Professor Emeritus Ralph Clifford
University of Massachusetts School of Law

Professor Jorge Contreras
University of Utah S.J. Quinney College of Law

Professor Stacey L. Dogan
Boston University School of Law

---

[*] Institutions for identification purposes only. All participants sign in their individual capacities.

Professor Charles Duan
American University Washington College of Law

Professor Stacie Dusetzina
Vanderbilt University Medical Center

Professor Brian L. Frye
University of Kentucky School of Law

Professor Emerita Bronwyn Hall
University of California, Berkeley Department of Economics

Professor Emeritus Paul J. Heald
University of Illinois College of Law

Professor Yaniv Heled
Georgia State University College of Law

Professor Cynthia Ho
Loyola University Chicago School of Law

Professor Tim Holbrook
University of Denver Sturm College of Law

Professor Erik Hovenkamp
Cornell Law School

Professor Herbert Hovenkamp
University of Pennsylvania School of Law

Professor Robert Lande
University of Baltimore School of Law

Professor Stacey Lantagne
Western New England University School of Law

Professor Mark A. Lemley
Stanford Law School

Professor Christopher R. Leslie
University of California, Irvine School of Law

Professor Yvette Joy Liebesman
St. Louis University School of Law

Professor Lee Ann Wheelis Lockridge
Louisiana State University Law Center

Professor Brian Love
Santa Clara University School of Law

Professor Duncan Matthews
Queen Mary University of London

Professor Emeritus Roger Noll
Stanford University Department of Economics

Professor Tyler T. Ochoa
Santa Clara University School of Law

Professor David Olson
Boston College Law School

Professor Emeritus Luigi Palombi
University of Sydney School of Law

Professor Jordan Paradise
Loyola University Chicago School of Law

Professor Menesh Patel
UC Davis School of Law

Professor Stephanie Plamondon
Brigham Young University J. Reuben Clark Law School

Professor Srividhya Ragavan
Texas A&M University School of Law

Professor Arti K. Rai
Duke Law School

Professor Daniel L. Rubinfeld
NYU School of Law
Emeritus, University of California, Berkeley School of Law

Professor Ana Santos Rutschman
Villanova University Charles Widger School of Law

Professor William Sage
Texas A&M University School of Law and College of Medicine

Professor Christopher L. Sagers
Cleveland State University College of Law

Professor Joshua D. Sarnoff
DePaul University College of Law

Professor Ameet Sarpatwari
Harvard Medical School

Professor Steven Semeraro
Thomas Jefferson Law School

Professor Jake Sherkow
University of Illinois College of Law

Professor Michael Sinha
St. Louis University School of Law

Professor David Stein
Northeastern University School of Law

Professor Jennifer Sturiale
Widener University Delaware Law School

Professor Madhavi Sunder
Georgetown University Law Center

Professor Liza Vertinsky
University of Maryland School of Law

Professor Melissa Wassermann
University of Texas School of Law