# No. 24-1936

# United States Court of Appeals for the Federal Circuit

TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., TEVA PHARMACEUTICALS USA, INC.

*Plaintiffs-Appellant*,

v.

AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LTD., AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS, INC.

*Defendants-Appellees.*

*On Appeal from the United States District Court for the District of New Jersey*

Civil Action No. 23-cv-20964 (SRC), Judge Stanley R. Chesler

**NOTICE OF CORRECTION OF CORRECTED BRIEF OF 14 PROFESSORS OF MEDICINE AND LAW AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS-APPELLEES AND AFFIRMANCE**

Kristen A. Johnson
Lauriane Williams
HAGENS BERMAN SOBOL SHAPIRO LLP
One Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: 617-482-3700
Facsimile:  617-482-3003

*Attorneys for Amici Curiae*
*14 Professors of Medicine and Law*

1

FORM 9. Certificate of Interest   Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 24-1936

**Short Case Caption** Teva Branded Pharmaceutical Products R&D, Inc. v. Amneal Pharmaceuticals of New York, LLC

**Filing Party/Entity** Professors of Medicine and Law: William B. Feldman, M.D., D.Phil., M.P.H.; Aaron S. Kesselheim, M.D., J.D., M.P.H.; S. Sean Tu, J.D., Ph.D.

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/11/2024

Signature: /s/ Kristen A. Johnson

Name: Kristen A. Johnson

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　　　　Form 9 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| William B. Feldman, M.D., D.Phil., M.P.H., Harvard Medical School | | |
| Aaron S. Kesselheim, M.D., J.D., M.P.H., Harvard Medical School | | |
| S. Sean Tu, J.D., Ph.D., West Virginia University College of Law | | |
| See full list of signatories at Section 5. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☑　Additional pages attached

FORM 9. Certificate of Interest                                                    Form 9 (p. 3)
                                                                                    March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable       ☑  Additional pages attached

| | | |
|---|---|---|
| Kristen A. Johnson<br>Hagens Berman Sobol Shapiro LLP | | |
| Lauriane Williams<br>Hagens Berman Sobol Shapiro LLP | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐  Yes (file separate notice; see below)   ☐  No   ☑  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable       ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

**Supplement to FORM 9. Certificate of Interest**

Counsel represents plaintiffs in *In re Lantus Direct Purchaser Antitrust Litig.*, No. 16-cv-12652-LTS, ECF No. 466 (D. Mass. Mar. 6, 2023), an unrelated case which involves allegations that Sanofi (an amicus here) improperly listed device patents in the Orange Book for Lantus SoloStar.

Dated: 09/11/2024                                                                                              /s/ *Kristen A. Johnson*
                                                                                                                            Kristen A. Johnson

## List of Signatories*

William B. Feldman, M.D., D.Phil., M.P.H.,
Harvard Medical School

Aaron S. Kesselheim, M.D., J.D., M.P.H.,
Harvard Medical School

S. Sean Tu, J.D., Ph.D.,
West Virginia University College of Law

Jerry Avorn, MD, Professor of Medicine,
Harvard Medical School

Reed F. Beall, PhD, Associate Professor,
University of Calgary's Cumming School of Medicine

Robyn T. Cohen MD, MPH, Associate Professor of Pediatrics,
Boston University Chobanian and Avedesian School of Medicine

Ravi Gupta, MD, MSHP, Assistant Professor,
Johns Hopkins University School of Medicine

Thomas R. Radomski, MD, MS,
Associate Professor of Medicine and Clinical and Translational Science, University of Pittsburgh

Reshma Ramachandran, MD, MPP, MHS, Assistant Professor of Medicine,
Yale University School of Medicine

Rita F. Redberg, MD, MSc, Professor of Medicine,
University of California, San Francisco

Benjamin N. Rome, MD, MPH, Assistant Professor of Medicine,
Harvard Medical School

Joseph Ross, MD, MHS, Professor of Medicine and of Public Health,
Yale University School of Medicine

*Institutions for identification purposes only. All participants sign in their individual capacities.

S. Christy Sadreameli, MD, MHS, Assistant Professor of Pediatrics,
The Johns Hopkins University School of Medicine

Olivier J. Wouters, PhD, Assistant Professor of Health Policy, London School of
Economics and Political Science

# NOTICE OF CORRECTION

Pursuant to Fed. Circ. R. 25(i), *Amici curiae* 14 Professors of Medicine and Law[1] hereby provide notice specifically delineating each correction to its original brief filed on September 6, 2024. Their Corrected Brief of 14 Professors of Medicine and Law As Amicus Curiae in Support of Defendants-Appellees and Affirmance is filed herewith.

The corrected brief makes the following non-substantive changes:

1. Page i: Corrected table of contents.
2. Pages ii-ix: Corrected and reformatted table of authorities.
3. Page 1: Amended "A full list of amici is attached as Exhibit A" to "A full list of amici is referenced at Section V."
4. Page 1: Moved the footer "*Institutions for identification purposes only. All participants sign in their individual capacities" to footnote 82.
5. Certificate of Compliance: Corrected the word count to include footnotes, changed from 3272 to 6181.
6. Pagination: Corrected throughout.

While not required to be identified in this notice, for completeness, the corrected brief also responds to the Notice of Non-Compliance issued by the Clerk (ECF No. 63) by correcting the title to "Corrected Brief of 14 Professors of Medicine And Law As Amicus Curiae In Support Of Defendants-Appellees and Affirmance."

Dated: September 11, 2024

---

[1] Amici are William B. Feldman, M.D., D.Phil., M.P.H., Aaron S. Kesselheim, M.D., J.D., M.P.H., S. Sean Tu, J.D., Ph.D., Jerry Avorn, MD, Reed F. Beall, PhD, Robyn T. Cohen MD, MPH, Ravi Gupta, MD, MSHP, Thomas R. Radomski, MD, MS, Reshma Ramachandran, MD, MPP, MHS, Rita F. Redberg, Benjamin N. Rome, MD, MPH, Joseph Ross, MD, MHS, S. Christy Sadreameli, MD, MHS, Olivier J. Wouters, PhD.

By:　　*/s/ Kristen A. Johnson*  
Kristen A. Johnson

## CERTIFICATE OF SERVICE

I hereby certify that, on September 11, 2024, I electronically filed the foregoing notice of correction with the Clerk of the Court for the U.S. Court of Appeals for the Federal Circuit using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: September 11, 2024　　　　　　　　　　**/s/ Kristen A. Johnson**  
Kristen A. Johnson