

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C.  20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 16, 2024

**Re:   November 2024 Federal Circuit Sitting Information**

Dear Arguing Counsel,

    Your case has been scheduled for oral argument during the Court's November 2024 sitting.  This letter provides relevant logistical information concerning your appearance before our court.

    Beginning November 1, 2024, security fencing will be in place surrounding the White House complex, Lafayette Square, and the National Courts Building.  Access to the courthouse will only be available from the H Street entrance.  Please plan accordingly to allow for additional time to pass through perimeter screening in addition to our usual public entrance screening.

    In the event that access to the National Courts Building is impacted during the week of November 4-8, 2024, oral argument will be conducted via video conference.  Arguing counsel will be notified via email by 8:00 a.m. the morning of argument should we need to move to video conference.  In that email, you will be provided a link to access the video conference.

    To ensure we can reach you in the event of a schedule change, please contact the Clerk's Office via email at attorneyservices@cafc.uscourts.gov by **no later than October 31, 2024**, to ensure we have your current telephone number and email address.

    Please note that arguments by video conference must be conducted via a laptop or stand-alone PC and not by mobile devices (iPhones, iPads, etc.).  Please plan accordingly.

    If you have any questions concerning logistics, please contact the Clerk's Office at (202) 275-8035.

Sincerely,

Jarrett B. Perlow
Clerk of Court