NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., TEVA PHARMACEUTICALS USA, INC.,**
*Plaintiffs-Appellants*

v.

**AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LTD., AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS, INC.,**
*Defendants-Appellees*

---

2024-1936

---

Appeal from the United States District Court for the District of New Jersey in No. 2:23-cv-20964-SRC-MAH, Judge Stanley R. Chesler.

---

**ON MOTION**

---

Before PROST, TARANTO, and HUGHES, *Circuit Judges*.

PER CURIAM.

**O R D E R**

2 TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC. v.
AMNEAL PHARMACEUTICALS OF NEW YORK, LLC

  Norton (Waterford) Ltd., Teva Branded Pharmaceutical Products R&D, Inc., and Teva Pharmaceuticals USA, Inc. ("Teva") move to stay the injunction pending resolution of the petition for rehearing en banc. Amneal Ireland Ltd., Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, and Amneal Pharmaceuticals, Inc. respond in opposition, and Teva replies.

  Upon consideration thereof,

  IT IS ORDERED THAT:

  The motion is granted.

FOR THE COURT

January 22, 2025
  Date

Jarrett B. Perlow
Clerk of Court