# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris<br>Clerk of the Court<br>(202) 479-3011

May 29, 2025

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

Re: Teva Branded Pharmaceutical Products R&D, Inc., et al.
v. Amneal Pharmaceuticals of New York, LLC, et al.
Application No. 24A1149
(Your No. 2024-1936)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on May 29, 2025, extended the time to and including July 31, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. William McGinley Jay
Goodwin Procter, LLP
1900 N Street, N.W.
Washington, DC 20036

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

quadient
FIRST-CLASS MAIL
IMI
$000.69
05/30/2025 ZIP 20543
043M31266310
US POSTAGE

**RECEIVED**

JUN 30 2025

United States Court of Appeals
For the Federal Circuit